**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00826-CR

**QUIENCY LAJOSHUA DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82308-2014**

## ORDER

The Court **REINSTATES** the appeal.

On November 24, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 10, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the November 24, 2015 order requiring findings.

We **GRANT** the December 10, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE